A P P E N D I X   J

```
US-V-VALLEJO
              as of 08/29/92 at 8:49 AM
----------------------------------------------------------------
Judge: JUDGE DUGGAN                    Case Filed: 11/21/90

                    Prior Magistrate Number: 90-8952M-02

Defendant:

D2    VALLEJO, HUGO


   Dft ID: -24465

   Defendant terminated: 08/16/91
```

| Terminated counts: | Disposition |
|---|---|
| POSSESSION WITH INTENT TO DISTRIBUTE COCAINE AIDING AND ABETTING, 21:841 AND 18:2 (4) | (Count 4) Dismissed (DFT SENTENCED TO COUNTS 1,2,5). 08/16/91 |
| CONSPIRACY TO DISTRIBUTE COCAINE A SCHED II NDCS, 21:841 AND 21:846 (1), DISTRIBUTION OF COCAINE A SCHED II NDCS AIDING AND ABETTING, 21:841 AND 18:2 (2), LAUNDERING OF MONETARY INSTRUMENTS, 18:1956 (5) | (Counts 1-2,5) COUNT 1:189 MONTHS IMPRISONMENT, COUNTS 2,5:189 MONTHS IMPRISONMENT, TO RUN CONCURRENT TO THE TERM IMPOSED ON COUNT 1. UPON RELEASE DFT IS PLACED ON 5 YEARS SUPERVISED RELEASE WITH CONDITIONS. THE COURT RECOMMENDS THAT DFT BE INCARCERATED IN A FACILITY TAHT CAN EVALUATE AND PROVIDE MEDICAL TREATMENT AND THAT DFT BE DEPORTED AFTER SERVING THE CUSTODIAL SENTENCE. DFT IS REMANDED TO THE U.S.MARSHAL. DFT TO PAY A SPECIAL ASSESSMENT FEE OF $150.00. (08/16/91) |

```
   Offense Level (disposition): FEL

   Total Jail: 189 Mo

   Complaints:
      Fld mag complaint 11/09/90 (21:841 & 21:846 -
      KNOWINGLY AND UNLAWFULLY CONSPIRE TO DISTRIBUTE
      COCAINE, A SCHED II NDSC CONTROLLED SUBSTANCE).
```

# A P P E N D I X  K

# 7 arrested said to be part of Colombian coke pipeline

**BY JOCELYNE ZABLIT**
Free Press Staff Writer

The Colombian cocaine pipeline that allegedly supplied the late Demetrius Holloway and other Detroit drug lords was broken Friday with the arrest of several of its members and the seizure of nearly 50 pounds of cocaine and $818,000 in cash.

Federal officials said they believe local members of the drug ring dealt directly with the Medellin cartel in Colombia and moved more than 220 pounds of cocaine a month at about $29,000 a pound.

Officials said they suspect the cocaine, which came in through Miami, would be hidden in apartments in Detroit suburbs.

On Thursday evening and Friday, seven members of the drug ring were arrested after an 11-pound cocaine transaction took place between four of the suspects, authorities said.

Derick Johnson, 27, of Detroit, told agents that he had been buying cocaine from Jorge Vallejo, 25, and his brother Hugo, 28, both of Medellin, Colombia, since early 1990, said assistant U.S. Attorney Lee Janice.

Jorge Vallejo would arrange the drug deals and collect the money, and Hugo would deliver the cocaine, Johnson told agents. All three were arrested.

Also arrested in connection with the ring were: Eric Lewis, 27, of Detroit; Daniel Ramirez, 26, and Sergio Rodriguez Echevery, 33, both of Mexico; and Luz Matilde Ramirez, 41, of Colombia.

They were ordered held without bond and, if convicted, face up to life in prison.

11-10-90
Detroit News

<u>A P P E N D I X   L</u>

TYPE OF CRIME _FATAL SHOOTING_   DATE _11/9/70_
ADDRESS _23202 SUNNYSIDE_   PRECINCT _8_
EVIDENCE TAG# _794945_   NEGATIVE# _866_
PRINTS OBTAINED FROM: _1 OF 2 LIFTS_ _W_
_.244_

_16.9 OZ, PEPSI BOTTLE_

POWDER _WHITE_   DUSTED BY _P O PYK_
TOT. CPD BY _____   REC'D AT CPD BY _M L 11/12/90_
PHOTO BY _AH 11-12-90_   PROCESSED BY _AH 11-12-90_

DPD 267                LATENT PRINT PHOTO                944-CA




## AFFIDAVIT

STATE OF MICHIGAN   )
                    )
COUNTY OF WAYNE     )

I,   Alex Olariu                            , being duly sworn,

state in this affidavit as follows:

1.   That my current rank is:   Police Officer                     .

2.   My current assignment is:   Police Legal Advisor Section      .

3.   After a thorough and diligent search of our files, I was

unable to locate any records pertaining to:

 Freedom of Information Act No. 97-965 ( Scott Libby)

 Found no records of fingerprints found at the crime scene or
  fingerprints of a mountain dew bottle. Found no records of polyraph
  examinations.
I am fully aware of the facts stated in this affidavit and I am

competent to swear to their truthfulness.

_____

Alex Olariu #3905


Subscribed and sworn to before me
this ___24th___ day of __November__ , 1997

_____
Notary Public, Wayne County, Michigan
My commission expires:  6/18/99