*Robert Winburn (#222196) v. Unk. Hallowell*
USDC-WD No. 1:04-cv-562
Honorable R. Allan Edgar
Magistrate Judge Timothy P. Greeley

## Exhibit B

## Invoice for copies of records

*INVOICE*

ATTORNEY GENERAL
CORRECTIONS DIVISION
JUN 1 8 2009
ASSIGNED TO: _____



U.S. District Court
399 Federal Bldg
110 Michigan NW
Grand Rapids, MI 49503
616-732-2715

| BILL TO: | | |
|---|---|---|
| State of Michigan | Invoice No. | 104CV562 |
| Corrections Division | Ordered by | Michael R Dean, Esq |
| 525 W Ottawa St | Tax ID No. | 38-6354153 |
| PO Box 30217 | Date | June 17, 2009 |
| Lansing, MI 48909 | Terms | Due upon Receipt |

| DATE | DESCRIPTION OF SERVICES | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 5/26/09 | Copy Request 1:04CV562 Winburn vs Hallowell<br>2:90CR80952 USA vs Vallego<br><br>Note: Miller Johnson to pay balance of $238.50 | 400 | $0.50 | $200.00 |
| | | | TOTAL DUE | $200.00 |

MAKE CHECKS PAYABLE TO: Clerk, US District Court
Visa, MasterCard, American Express and
Discover Card also accepted

Original

---

*Please return this portion with your payment*
| BILL TO: | | |
|---|---|---|
| State of Michigan | Invoice No. | 104CV562 |
| Corrections Division | Ordered by | Michael R Dean, Esq |
| 525 W Ottawa St | Tax ID No. | 38-6354153 |
| PO Box 30217 | Date | June 17, 2009 |
| Lansing, MI 48909 | Terms | Due upon Receipt |

| DATE | DESCRIPTION OF SERVICES | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 5/26/09 | Copy Request 1:04CV562 Winburn vs Hallowell<br>2:90CR80952 USA vs Vallego<br><br>Note: Miller Johnson to pay balance of $238.50 | 400 | $0.50 | $200.00 |
| | | | TOTAL DUE | $200.00 |