UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT WINBURN,

      Plaintiff,                         Case No. 1:04-cv-562

v.                                         HON. JANET T. NEFF

KATHLEEN HALLOWELL,

      Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed February 12, 2013 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 251) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion For a Hearing For Contempt Proceedings and Further Relief Including Modification of Settlement Agreement (Dkt 244) is DENIED.


Dated: March 7, 2013                                           /s/Janet T. Neff
                                                              JANET T. NEFF
                                                              United States District Judge